IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| Daniel Escalera, Lorena Cazares, Ramiro Villafan, individually and on behalf of other employees similarly situated,<br><br>Plaintiffs<br><br>v.<br><br>Foodworks Solutions, Inc.; Mago SB, LLC; Carrie Johnsen, individually, and Richard Munoz, individually,<br><br>Defendants | Case No. 1:15-cv-10688<br><br>Hon. Magistrate Judge Valdez |

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), stipulate that this matter be dismissed in its entirety, with prejudice, pursuant to the parties' written settlement agreement.

Respectfully submitted on Tuesday, October 17, 2017:

Counsel for Plaintiffs:

s/ Bryan Pacheco
Bryan Pacheco
**Consumer Law Group, LLC**
6232 North Pulaski Road, Suite 200
Chicago, Illinois 60646
312-445-9662
bpacheco@consumerlaw.com

Counsel for Defendants:

s/ Kevin S. Besetzny
Kevin S. Besetzny
**Besetzny Law P.C.**
221 North LaSalle Street, Suite 3400
Chicago, Illinois 60601
312-754-9129
kbesetzny@besetznylaw.com